UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN RITCHIE, individually and d/b/a VIOLENT FEMMES,<br><br>Plaintiff,<br><br>-v-<br><br>GORDON GANO, individually and d/b/a GORNO MUSIC, a/k/a GORNO MUSIC (ASCAP), a/k/a GORNO MUSIC PUBLISHING,<br><br>Defendants. | Civil Action No._____<br><br>**PLAINTIFF'S RULE 7.1 DISCLOSURE** |



JUDGE MARRERO
'07 CIV 7269

RECEIVED
AUG 1 5 2007
U.S.D.C. S.D.N.Y.
CASHIERS

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF
BRIAN RITCHIE D/B/A VIOLENT FEMMES**

The undersigned, counsel of record for Plaintiff BRIAN RITCHIE, individually and d/b/a VIOLENT FEMMES, certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the court to evaluate possible disqualification or recusal.

Violent Femmes

Brian Ritchie, Founding Member

1

Dated: August 14, 2007

Respectfully submitted,

**JACKSON WALKER L.L.P.**

By: /s/ Stacy Allen
Stacy Allen
Lawrence A. Waks*
Daniel Scardino*
Emilio B. Nicolas*
100 Congress Avenue, Suite 1100
Austin, Texas 78701
Tel.: (512) 236-2000
Fax.: (512) 236-2002
Email: lwaks@jw.com, stacyallen@jw.com, dscardino@jw.com, enicolas@jw.com
(*pro hac vice admission to be requested)

ATTORNEYS FOR BRIAN RITCHIE,
individually and d/b/a VIOLENT FEMMES