UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN RITCHIE, individually and d/b/a VIOLENT FEMMES,<br><br>Plaintiff,<br><br>-v-<br><br>GORDON GANO, individually and d/b/a GORNO MUSIC a/k/a GORNO MUSIC (ASCAP) a/k/a GORNO MUSIC PUBLISHING,<br><br>Defendants. | Civil Action No. 07-CV-7269<br>Judge Marrero<br><br>**MOTION TO ADMIT COUNSEL PRO HAC VICE OF EMILIO NICOLAS** |

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Stacy Allen, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

Emilio Nicolas, Esq.
Jackson Walker L.L.P.
100 Congress Avenue, Suite 1100
Austin, Texas 78701
Tel.: (512) 236-2000
Fax.: (512) 236-2002
email: enicolas@jw.com

**ORIGINAL**

Emilio Nicolas is a member in good standing with the Bar of the States of New York and Texas. (see attached Exhibit "A" - Certificates of Good Standing from each of the State Bars admitted to practice).

There are no pending disciplinary proceedings against Emilio Nicolas in any State or Federal Court.

Dated: September 12, 2007

                                            Respectfully submitted,

                                            **JACKSON WALKER L.L.P.**

                                            By: _____
                                            Stacy Allen
                                            SDNY Bar
                                            Registration Number: 1938315
                                            100 Congress Avenue, Suite 1100
                                            Austin, Texas 78701
                                            Tel.: (512) 236-2000
                                            Fax.: (512) 236-2002
                                            Email: stacyallen@jw.com

                                            ATTORNEYS FOR PLAINTIFF
                                            BRIAN RITCHIE, individually and d/b/a
                                            VIOLENT FEMMES


## CERTIFICATE OF SERVICE

This is to certify that on this 12 day of September, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel for Defendants and by facsimile:

Robert S. Meloni, Esq.
Meloni & McCaffrey, P.C.
1350 Avenue of the Americas, Suite 3100
New York, New York 10019
Tel.: (212) 957-5577
Fax.: (800) 659-3985

As Attorney for Defendants
GORDON GANO, individually and d/b/a GORNO MUSIC a/k/a GORNO MUSIC (ASCAP) a/k/a GORNO MUSIC PUBLISHING

_____
Stacy Allen

4878970v.1 129806/00001

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN RITCHIE, individually and d/b/a VIOLENT FEMMES,<br><br>Plaintiff,<br><br>-v-<br><br>GORDON GANO, individually and d/b/a GORNO MUSIC a/k/a GORNO MUSIC (ASCAP) a/k/a GORNO MUSIC PUBLISHING,<br><br>Defendants. | Civil Action No. 07-CV-7269<br>Judge Marrero<br><br>**AFFIDAVIT IN SUPPORT OF STACY ALLEN'S MOTION TO ADMIT COUNSEL PRO HAC VICE OF EMILIO NICOLAS** |

I, Stacy Allen, being duly sworn, hereby deposes and says as follows:

1.  I am a partner with the law firm of Jackson Walker L.L.P., counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Plaintiff's motion to admit Emilio Nicolas as counsel *pro hac vice* to represent Plaintiff in this matter.

2.  I am member in good standing of the bar of the State of New York. and was admitted to practice law in the State of New York since June licensed attorney in good standing in the States of California. am also admitted to and in good standing in the Northern Dis District of California, District of Connecticut, Northern Distr District of New York, Western District of New York, Eastern Western District of Texas, Northern District of Texas, Southe Circuit Court of Appeals and Fifth Circuit Court of Appeals.

    **ORIGINAL**

3.  I have known Emilio Nicolas since August, 2006.

4.  Mr. Nicolas is an associate with the law firm of Jackson Walker L.L.P.

5.  I have found Mr. Nicolas to be a skilled attorney and a person of integrity and high moral character. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6.  Accordingly, I am pleased to move the admission of Emilio Nicolas, *pro hac vice*.

7.   I respectfully submit a proposed order granting the admission of Emilio Nicolas, *pro hac vice*, which is attached hereto as Exhibit "A."

WHEREFORE, it is respectfully requested that the motion to admit Emilio Nicolas, pro hac vice, to represent Plaintiff in the above captioned matter, be granted.

Dated: September 12, 2007

Respectfully submitted,

JACKSON WALKER L.L.P.

By: _____
Stacy Allen
SDNY Bar
Registration Number: 1938315
100 Congress Avenue, Suite 1100
Austin, Texas 78701
Tel.: (512) 236-2000
Fax.: (512) 236-2002
Email: stacyallen@jw.com

ATTORNEYS FOR PLAINTIFF
BRIAN RITCHIE, individually and d/b/a
VIOLENT FEMMES

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned authority on this 12 day of September, 2007.

LARRY BALES
Notary Public, State of Texas
My Commission Expires
April 18, 2010

_____
Notary Public in and for the State of Texas

4879666v.1 129806/00001



# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

I, Michael J. Novack, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Emilio Benjamin Nicolas

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **27th day of June, 2006**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **23rd day of August, 2007**.



Clerk

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, **BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**EMILIO BENJAMIN NICOLAS**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 4th day of May, 2007.

I further certify that the records of this office show that, as of this date

**EMILIO BENJAMIN NICOLAS**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this 11th day of September, 2007.

BLAKE HAWTHORNE, Clerk

by _____
Brad Sonego, Deputy Clerk

No. 3834C

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN RITCHIE, individually and d/b/a VIOLENT FEMMES,<br><br>Plaintiff,<br><br>-v-<br><br>GORDON GANO, individually and d/b/a GORNO MUSIC a/k/a GORNO MUSIC (ASCAP) a/k/a GORNO MUSIC PUBLISHING,<br><br>Defendants. | Civil Action No. 07-CV-7269<br>Judge Marrero<br><br>**ORDER FOR ADMISSION OF EMILIO NICOLAS PRO HAC VICE ON WRITTEN MOTION** |

Upon the motion of Stacy Allen ("Sponsor Attorney"), counsel for Plaintiff Brian Ritchie, individually and d/b/a Violent Femmes ("Plaintiff") and said Sponsor Attorney's affidavit in support thereof, IT IS HEREBY ORDERED that:

> Emilio Nicolas, Esq.
> JACKSON WALKER L.L.P.
> 100 Congress Avenue, Suite 1100
> Austin, Texas 78701
> Tel.: (512) 236-2000 / Fax.: (512) 236-2002
> Email: enicolas@jw.com

**ORIGINAL**

is admitted to practice *pro hac vice* as counsel for Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, then counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: _____, 2007

_____
United States District Court/Magistrate Judge