UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN RITCHIE, individually and d/b/a VIOLENT FEMMES,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　　-v-<br><br>GORDON GANO, individually and d/b/a GORNO MUSIC a/k/a GORNO MUSIC (ASCAP) a/k/a GORNO MUSIC PUBLISHING,<br><br>　　　　　　　　　Defendants. | Civil Action No. 07-CV-7269<br>Judge Marrero<br><br>**MOTION TO ADMIT COUNSEL PRO HAC VICE OF LAWRENCE A. WAKS** |

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Stacy Allen, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

　　Lawrence A. Waks, Esq.
　　Jackson Walker L.L.P.
　　100 Congress Avenue, Suite 1100
　　Austin, Texas 78701
　　Tel.: (512) 236-2000
　　Fax.: (512) 236-2002
　　email: lwaks@jw.com

Lawrence A. Waks is a member in good standing with the Bar of the States of New York and Texas, as well as the United States District Courts for the Eastern, Northern, Western and Southern Districts of Texas, and the United States Court of Appeals for the Fifth Circuit. (see attached Exhibit "A" - Certificates of Good Standing from each of the State Bars and the Federal Courts admitted to practice).

There are no pending disciplinary proceedings against Lawrence A. Waks in any State or Federal Court.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN RITCHIE, individually and d/b/a VIOLENT FEMMES,<br><br>           Plaintiff,<br><br>-v-<br><br>GORDON GANO, individually and d/b/a GORNO MUSIC a/k/a GORNO MUSIC (ASCAP) a/k/a GORNO MUSIC PUBLISHING,<br><br>           Defendants. | Civil Action No. 07-CV-7269<br>Judge Marrero<br><br>**AFFIDAVIT IN SUPPORT OF STACY ALLEN'S MOTION TO ADMIT COUNSEL PRO HAC VICE OF LAWRENCE A. WAKS** |

I, Stacy Allen, being duly sworn, hereby deposes and says as fo[llows]:

**ORIGINAL**

1.    I am a partner with the law firm of Jackson Walker L.L.P[.] the above captioned action. I am familiar with the proceedings i[n] statement based on my personal knowledge of the facts set forth Plaintiff's motion to admit Lawrence A. Waks as counsel *pro ha[c vice]* to represent Plaintiff in this matter.

2.    I am member in good standing of the bar of the State of New York, and was admitted to practice law in the State of New York since June 4, 1984. I am also a licensed attorney in good standing in the States of California, Connecticut and Texas. I am also admitted to and in good standing in the Northern District of California, Central District of California, District of Connecticut, Northern District of New York, Southern District of New York, Western District of New York, Eastern District of New York, Western District of Texas, Northern District of Texas, Southern District of Texas, Second Circuit Court of Appeals and Fifth Circuit Court of Appeals.

3.    I have known Lawrence A. Waks since October, 2001.

4.    Mr. Waks is a partner with the law firm of Jackson Walker L.L.P.

5.    I have found Mr. Waks to be a skilled attorney and a person of integrity and high moral character. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6.    Accordingly, I am pleased to move the admission of Lawrence A. Waks, *pro hac vice*.

7.   I respectfully submit a proposed order granting the admission of Lawrence A. Waks, *pro hac vice*, which is attached hereto as Exhibit "A."

WHEREFORE, it is respectfully requested that the motion to admit Lawrence A. Waks, *pro hac vice*, to represent Plaintiff in the above captioned matter, be granted.

Dated: September 12, 2007

                                       Respectfully submitted,

                                       JACKSON WALKER L.L.P.

                                       By: _____
                                       Stacy Allen
                                       SDNY Bar
                                       Registration Number: 1938315
                                       100 Congress Avenue, Suite 1100
                                       Austin, Texas 78701
                                       Tel.: (512) 236-2000
                                       Fax.: (512) 236-2002
                                       Email: stacyallen@jw.com

                                       ATTORNEYS FOR PLAINTIFF
                                       BRIAN RITCHIE, individually and d/b/a
                                       VIOLENT FEMMES

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned authority on this 12 day of September, 2007.

                                       _____
                                       Notary Public in and for the State of Texas

LARRY BALES
Notary Public, State of Texas
My Commission Expires
April 18, 2010

Dated: September 12, 2007

Respectfully submitted,

**JACKSON WALKER L.L.P.**

By: _____
Stacy Allen
SDNY Bar
Registration Number: 1938315
100 Congress Avenue, Suite 1100
Austin, Texas 78701
Tel.: (512) 236-2000
Fax.: (512) 236-2002
Email: stacyallen@jw.com

ATTORNEYS FOR PLAINTIFF
BRIAN RITCHIE, individually and d/b/a
VIOLENT FEMMES

## CERTIFICATE OF SERVICE

This is to certify that on this 12 day of September, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel for Defendants and by facsimile:

Robert S. Meloni, Esq.
Meloni & McCaffrey, P.C.
1350 Avenue of the Americas, Suite 3100
New York, New York 10019
Tel.: (212) 957-5577
Fax.: (800) 659-3985

As Attorney for Defendants
GORDON GANO, individually and d/b/a GORNO MUSIC a/k/a GORNO MUSIC (ASCAP) a/k/a GORNO MUSIC PUBLISHING

_____
Stacy Allen

4877828v.1 129806/00001



# State of New York
## Supreme Court, Appellate Division
## Third Judicial Department

I, *Michael J. Novack*, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Lawrence A. Waks

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **26th day of February, 1985**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **23rd day of August, 2007**.



Clerk

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, **BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**LAWRENCE A. WAKS**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 6th day of November, 1978.

I further certify that the records of this office show that, as of this date

**LAWRENCE A. WAKS**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this 11th day of September, 2007.

BLAKE HAWTHORNE, Clerk

by _Brad Sonego_
Brad Sonego, Deputy Clerk

No. 3834A

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.



UNITED STATES DISTRICT COURT
Eastern District of Texas

*Certificate of Good Standing*

I, David J. Maland, Clerk of this Court, certify that

LAWRENCE ALLAN WAKS

was duly admitted to practice in this Court on

January 27, 1994 , and is in good standing

as a member of the Bar of this Court.

Dated at   Beaumont, Texas

on     August 28, 2007

*David Maland*
Clerk of Court

by *Robin Lockhart*
Deputy Clerk

# Certificate of Good Standing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

I, **KAREN MITCHELL**, Clerk of the United States District Court, Northern District of Texas, DO HEREBY CERTIFY that **Lawrence A. Waks**, Bar **#14106700**, was duly admitted to practice in said Court on **12/12/85**, and is in good standing as a member of the bar of said Court.

Signed at Dallas, Texas on August 27, 2007.

KAREN MITCHELL, Clerk

BY: _____
Deputy Clerk

# Certificate of Good Standing

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

I, **WILLIAM G. PUTNICKI**, Clerk of the United States District Court, Western District of Texas, DO HEREBY CERTIFY that LAWRENCE A. WAKS, Texas State Bar No. 20670700, was duly admitted to practice in said Court on May 8, 1984, and is in good standing as a member of the bar of said Court.

Signed at Austin, Texas on September 12, 2007.

WILLIAM G. PUTNICKI, Clerk

BY: _[signature]_
Deputy Clerk

# CERTIFICATE OF GOOD STANDING

UNITED STATES OF AMERICA §
SOUTHERN DISTRICT OF TEXAS §
§

I, MICHAEL N. MILBY, Clerk of the United States District Court for the SOUTHERN DISTRICT OF TEXAS DO HEREBY CERTIFY That **Lawrence A. Waks** Bar #15027, was duly admitted to practice in said Court on June 1, 1993, and is in good standing as a member of the bar of said Court.

Dated August 27, 2007 at Houston, Texas.

MICHAEL N. MILBY, Clerk

By: _____
Mary Perales, Deputy Clerk



AO 136A (Rev. 9/98) Certificate of Good Standing — Court of Appeals

# UNITED STATES COURT OF APPEALS

FOR THE _____FIFTH_____ CIRCUIT

**CERTIFICATE OF
GOOD STANDING**

I, _____CHARLES R. FULBRUGE, III_____, Clerk of this Court,

certify that _____LAWRENCE A. WAKS_____ was duly admitted

to practice in this Court on _____JUNE 26, 1985_____,
                                    DATE

and is in good standing in this Court.

Dated at _NEW ORLEANS, LOUISIANA_ on _AUGUST 23, 2007_
                LOCATION                              DATE

_____            _____
        CLERK                              DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN RITCHIE, individually and d/b/a
VIOLENT FEMMES,

    Plaintiff,

-v-

GORDON GANO, individually and d/b/a GORNO
MUSIC a/k/a GORNO MUSIC (ASCAP) a/k/a
GORNO MUSIC PUBLISHING,

    Defendants.

Civil Action No. 07-CV-7269
Judge Marrero

**ORDER FOR ADMISSION
OF LAWRENCE A. WAKS
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Stacy Allen ("Sponsor Attorney"), counsel for Plaintiff Brian Ritchie, individually and d/b/a Violent Femmes ("Plaintiff") and said Sponsor Attorney's affidavit in support thereof, IT IS HEREBY ORDERED that:

    Lawrence A. Waks, Esq.
    JACKSON WALKER L.L.P.
    100 Congress Avenue, Suite 1100
    Austin, Texas 78701
    Tel.: (512) 236-2000 / Fax.: (512) 236-2002
    Email: lwaks@jw.com

is admitted to practice *pro hac vice* as counsel for Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, then counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

    Dated: _____, 2007

                                  _____
                                  United States District Court/Magistrate Judge