UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN RITCHIE, individually and d/b/a VIOLENT FEMMES,<br><br>                  Plaintiff,<br><br>                  -v-<br><br>GORDON GANO, individually and d/b/a GORNO MUSIC a/k/a GORNO MUSIC (ASCAP) a/k/a GORNO MUSIC PUBLISHING,<br><br>                  Defendants. | Civil Action No. 07-CV-7269<br>Judge Marrero<br><br>**MOTION TO ADMIT COUNSEL PRO HAC VICE OF DANIEL SCARDINO** |

Pursuant to Rule 1.3(c) of the Local Rules of the United States District Court for the Southern and Eastern Districts of New York, I, Stacy Allen, a member in good standing of the bar of this Court, hereby move for an Order allowing the admission *pro hac vice* of:

Daniel Scardino, Esq.
Jackson Walker L.L.P.
100 Congress Avenue, Suite 1100
Austin, Texas 78701
Tel.: (512) 236-2000
Fax.: (512) 236-2002
email: dscardino@jw.com

Daniel Scardino is a member in good standing with the Texas State Bar and the United States District Courts for the Western District of Texas and the Northern District of Texas, and the United States Court of Appeals for the Fifth Circuit. (see attached Exhibit "A" - Certificates of Good Standing from each of the State Bar and Federal Court admitted to practice).

There are no pending disciplinary proceedings against Daniel Scardino in any State or Federal Court.

Dated: September 12, 2007

Respectfully submitted,

JACKSON WALKER L.L.P.

By: /s/ Stacy Allen
Stacy Allen
SDNY Bar
Registration Number: 1938315
100 Congress Avenue, Suite 1100
Austin, Texas 78701
Tel.: (512) 236-2000
Fax.: (512) 236-2002
Email: stacyallen@jw.com

ATTORNEYS FOR PLAINTIFF
BRIAN RITCHIE, individually and d/b/a
VIOLENT FEMMES

## CERTIFICATE OF SERVICE

This is to certify that on this 12 day of September, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following counsel for Defendants and by facsimile:

Robert S. Meloni, Esq.
Meloni & McCaffrey, P.C.
1350 Avenue of the Americas, Suite 3100
New York, New York 10019
Tel.: (212) 957-5577
Fax.: (800) 659-3985

As Attorney for Defendants
GORDON GANO, individually and d/b/a GORNO MUSIC a/k/a GORNO MUSIC (ASCAP) a/k/a GORNO MUSIC PUBLISHING

/s/ Stacy Allen
Stacy Allen

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN RITCHIE, individually and d/b/a VIOLENT FEMMES,<br><br>     Plaintiff,<br><br>   -v-<br><br>GORDON GANO, individually and d/b/a GORNO MUSIC a/k/a GORNO MUSIC (ASCAP) a/k/a GORNO MUSIC PUBLISHING,<br><br>     Defendants. | Civil Action No. 07-CV-7269<br>Judge Marrero<br><br>**AFFIDAVIT IN SUPPORT OF STACY ALLEN'S MOTION TO ADMIT COUNSEL PRO HAC VICE OF DANIEL SCARDINO** |

I, Stacy Allen, being duly sworn, hereby deposes and says as follows:

1.  I am a partner with the law firm of Jackson Walker L.L.P., counsel for Plaintiff in the above captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and ___ t of Plaintiff's motion to admit Daniel Scardino as counsel *pro h*___ tiff in this matter.

2.  I am member in good standing of the bar of the S___ admitted to practice law in the State of New York since J___ licensed attorney in good standing in the States of Califor___ am also admitted to and in good standing in the Northern ___ District of California, District of Connecticut, Northern Di___ ork, Southern District of New York, Western District of New York, Eastern District of New York, Western District of Texas, Northern District of Texas, Southern District of Texas, Second Circuit Court of Appeals and Fifth Circuit Court of Appeals.

ORIGINAL

3.  I have known Daniel Scardino since October, 2001.

4.  Mr. Scardino is an associate with the law firm of Jackson Walker L.L.P.

5.  I have found Mr. Scardino to be a skilled attorney and a person of integrity and high moral character. He is experienced in Federal practice and is familiar with the Federal Rules of Civil Procedure.

6.  Accordingly, I am pleased to move the admission of Daniel Scardino, *pro hac vice*.

7.  I respectfully submit a proposed order granting the admission of Daniel Scardino, pro hac vice, which is attached hereto as Exhibit "A."

WHEREFORE, it is respectfully requested that the motion to admit Daniel Scardino, *pro hac vice*, to represent Plaintiff in the above captioned matter, be granted.

Dated: September 12, 2007

Respectfully submitted,

**JACKSON WALKER L.L.P.**

By: _____
Stacy Allen
SDNY Bar
Registration Number: 1938315
100 Congress Avenue, Suite 1100
Austin, Texas 78701
Tel.: (512) 236-2000
Fax.: (512) 236-2002
Email: stacyallen@jw.com

ATTORNEYS FOR PLAINTIFF
BRIAN RITCHIE, individually and d/b/a
VIOLENT FEMMES

SWORN TO AND SUBSCRIBED BEFORE ME, the undersigned authority on this 12 day of September, 2007.

_____
Notary Public in and for the State of Texas

LARRY BALES
Notary Public, State of Texas
My Commission Expires
April 18, 2010

4879643v.1 129806/00001

# Exhibit "A"

## to Motion to Admit Counsel Pro Hac Vice of Daniel Scardino

# The Supreme Court of Texas

AUSTIN

CLERK'S OFFICE

I, **BLAKE HAWTHORNE,** Clerk of the Supreme Court of Texas, certify that the records of this office show that

**DANIEL ROBINSON SCARDINO**

was duly admitted and licensed as an attorney and counselor at law by the Supreme Court of Texas on the 2nd day of November, 2001.

I further certify that the records of this office show that, as of this date

**DANIEL ROBINSON SCARDINO**

is presently enrolled with the State Bar of Texas as an active member in good standing.

**IN TESTIMONY WHEREOF** witness my hand and the seal of the Supreme Court of Texas at the City of Austin, this 11th day of September, 2007.

BLAKE HAWTHORNE, Clerk

by _Brad Sonego_
Brad Sonego, Deputy Clerk

No. 3834B

This certification expires thirty days from this date, unless sooner revoked or rendered invalid by operation of rule or law.

# Certificate of Good Standing

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF TEXAS

I, **WILLIAM G. PUTNICKI**, Clerk of the United States District Court, Western District of Texas, DO HEREBY CERTIFY that DANIEL SCARDINO, Texas State Bar No. 24033165, was duly admitted to practice in said Court on February 25, 2004, and is in good standing as a member of the bar of said Court.

Signed at Austin, Texas on September 12, 2007.

WILLIAM G. PUTNICKI, Clerk

BY: _____
Deputy Clerk

# Certificate of Good Standing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF TEXAS

I, **KAREN MITCHELL**, Clerk of the United States District Court, Northern District of Texas, DO HEREBY CERTIFY that **Daniel Scardino**, Bar **#24033165**, was duly admitted to practice in said Court on **8/23/07**, and is in good standing as a member of the bar of said Court.

Signed at Dallas, Texas on August 27, 2007.

KAREN MITCHELL, Clerk

BY: _____
Deputy Clerk

AO 136A (Rev. 9/98) Certificate of Good Standing — Court of Appeals

# UNITED STATES COURT OF APPEALS

FOR THE _____ FIFTH _____ CIRCUIT

## CERTIFICATE OF GOOD STANDING

I, _____ CHARLES R. FULBRUGE, III _____ , Clerk of this Court,

certify that _____ DANIEL SCARDINO _____ was duly admitted

to practice in this Court on _____ OCTOBER 13, 2005 _____ ,
DATE

and is in good standing in this Court.

Dated at __ NEW ORLEANS, LOUISIANA __ on __ AUGUST 23, 2007 __
LOCATION                                    DATE

_____           _____
CLERK                                       DEPUTY CLERK

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN RITCHIE, individually and d/b/a
VIOLENT FEMMES,

         Plaintiff,

-v-

GORDON GANO, individually and d/b/a GORNO
MUSIC a/k/a GORNO MUSIC (ASCAP) a/k/a
GORNO MUSIC PUBLISHING,

         Defendants.

Civil Action No. 07-CV-7269
Judge Marrero

**ORDER FOR ADMISSION
OF DANIEL SCARDINO
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Stacy Allen ("Sponsor Attorney"), counsel for Plaintiff Brian Ritchie, individually and d/b/a Violent Femmes ("Plaintiff") and said Sponsor Attorney's affidavit in support thereof, IT IS HEREBY ORDERED that:

> Daniel Scardino, Esq.
> JACKSON WALKER L.L.P.
> 100 Congress Avenue, Suite 1100
> Austin, Texas 78701
> Tel.: (512) 236-2000 / Fax.: (512) 236-2002
> Email: dscardino@jw.com



is admitted to practice *pro hac vice* as counsel for Plaintiff in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, then counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

    Dated: _____, 2007

                                                           _____
                                                            United States District Court/Magistrate Judge