UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9-20-07
```

BRIAN RITCHIE, individually and d/b/a
VIOLENT FEMMES,

          Plaintiff,

-v-

GORDON GANO, individually and d/b/a GORNO
MUSIC a/k/a GORNO MUSIC (ASCAP) a/k/a
GORNO MUSIC PUBLISHING,

          Defendants.

Civil Action No. 07-CV-7269
Judge Marrero

**ORDER FOR ADMISSION
OF DANIEL SCARDINO
PRO HAC VICE
ON WRITTEN MOTION**

Upon the motion of Stacy Allen ("Sponsor Attorney"), counsel for Plaintiff Brian Ritchie, individually and d/b/a Violent Femmes ("Plaintiff") and said Sponsor Attorney's affidavit in support thereof, IT IS HEREBY ORDERED that:

    Daniel Scardino, Esq.
    JACKSON WALKER L.L.P.
    100 Congress Avenue, Suite 1100
    Austin, Texas 78701
    Tel.: (512) 236-2000 / Fax.: (512) 236-2002
    Email: dscardino@jw.com

is admitted to practice *pro hac vice* as counsel for Plaintiff in the above captioned case in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, then counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the *pro hac vice* fee to the Clerk of Court.

Dated: 20 September, 2007

United States District Court ~~Magistrate~~ Judge
Victor Marrero