**MELONI & McCAFFREY, P.C.**
ROBERT S. MELONI (RM-8087)
THOMAS P. MCCAFFREY (TPM-4057)
1350 Avenue of the Americas, Suite 3100
New York, New York 10019
Telephone: 212-957-5577
Facsimile:  800-659-3985

*Attorneys for Defendant Gordon Gano*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
BRIAN RITCHIE, individually and d/b/a        :
VIOLENT FEMMES,                              :
                                             :
        Plaintiff,                          :   No. 07-CIV-7269 (VM)
                                             :
       - against -                                :
                                             :
GORDON GANO, individually and d/b/a GORNO    :   **RULE 7.1 STATEMENT**
MUSIC a/k/a GORNO MUSIC (ASCAP) a/k/a        :
GORNO MUSIC PUBLISHING,                      :
                                             :
        Defendants.                         :
---------------------------------------------------------------x

       Pursuant to Federal Rules of Civil Procedure 7.1 [formerly Local General Rule 1.9] to enable judges and magistrate judges of the court to evaluate possible disqualification or recusal, the undersigned counsel of record for Defendant Gordon Gano d/b/a Gorno Music (private non-governmental parties) certifies that the following are corporate parents, subsidiaries, or affiliates of that party which are publicly held:

**NONE**

Dated: October 30, 2007

                                       Yours, etc.,

                                       MELONI & MCCAFFREY, P.C.

                                       By:_____
                                          Robert S. Meloni (RM-8087)
                                   1350 Avenue of the Americas - Suite 3100
                                   New York, New York 10019
                                   (212) 957-5577

                                   *Attorneys for Defendant Gordon Gano*