

JACKSON WALKER L.L.P.
ATTORNEYS & COUNSELORS

Emilio B. Nicolas
(512) 236-2304 (Direct Dial)
(512) 391-2127 (Direct Fax)
enicolas@jw.com

December 7, 2007

```
┌─────────────────────────────┐
│ USDS SDNY                   │
│ DOCUMENT                    │
│ ELECTRONICALLY FILED        │
│ DOC #: _____        │
│ DATE FILED: 12-7-07         │
└─────────────────────────────┘
```

By Facsimile (212) 805-6382

Hon. Victor Marrero
United States District Courthouse
500 Pearl St., Room 660
New York, NY 10007

Re: *Brian Ritchie v. Gordon Gano*, No. 07-CIV-7269 (VM), in the United States District Court for the Southern District of New York

Dear Judge Marrero:

We represent the Plaintiff, Mr. Brian Ritchie, in the above-referenced matter. We are of the understanding that, with your permission, we may re-schedule the Status Conference set for Friday, December 14, at 4:00 p.m. to Thursday, January 4, 2008 at 10:45 a.m. Pursuant to our telephone conference yesterday with opposing counsel, all parties to this matter are in agreement with this change of schedule, and we respectfully request your permission to do so.

Thank you in advance for your consideration of this request. If you should have any questions, please do not hesitate to contact me directly at (512) 236-2304.

Sincerely,

Emilio B. Nicolas

cc: By Facsimile (800) 659-3985
Robert S. Meloni
Meloni & McCaffrey, P.C.
1350 Avenue of the Americas, Suite 3100
New York, New York 10019

Lawrence A. Waks
Stacy Allen
Daniel Scardino

```
┌────────────────────────────────────────┐
│ Request GRANTED. The next              │
│ conference herein is rescheduled to    │
│ 1-4-07 at 10:45 a.m.                   │
│                                        │
│ SO ORDERED.                            │
│                                        │
│ 12-7-07      [signature]               │
│ DATE         VICTOR MARRERO, U.S.D.J.  │
└────────────────────────────────────────┘
```

100 Congress Avenue, Suite 1100  •  Austin, Texas 78701  •  (512) 236-2000  •  fax (512) 236-2002

4955607v.1 129806/00001

www.jw.com    Austin  •  Dallas  •  Fort Worth  •  Houston  •  Los Angeles  •  San Antonio  •  Member of GLOBALAW