UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BRIAN RITCHIE, individually and d/b/a
VIOLENT FEMMES,

    Plaintiff,

-v-

GORDON GANO, individually and d/b/a GORNO
MUSIC a/k/a GORNO MUSIC (ASCAP) a/k/a
GORNO MUSIC PUBLISHING,

    Defendants.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2-15-08

No. 07-CIV-7269 (VM)

**CONFIDENTIALITY ORDER**

On this day came for consideration the Unopposed Motion In Support Of Stipulation Of Confidentiality pursuant to Rule 26(c) of the Federal Rules of Civil Procedure (the "Motion"). Having reviewed the Motion and the pleadings on file, the Court finds that the Motion is meritorious and should, in all things, be GRANTED in its entirety.

IT IS, THEREFORE, ORDERED that the proposed Stipulation Of Confidentiality be entered, in its entirety, into the above-referenced cause.

SIGNED this 15th day of February, 2008:

HONORABLE VICTOR MARRERO
UNITED STATES DISTRICT JUDGE

5021794v.2 129806/00001