```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -:
BRIAN RITCHIE, individually and      : 07 Civ. 7269 (VM) (JCF)
d/b/a VIOLENT FEMMES,                :
                                     :          O R D E R
              Plaintiff,             :
                                     :
     - against -                     :
                                     :
GORDON GANO, individually and        :
d/b/a GORNO MUSIC a/k/a GORNO        :
MUSIC (ASCAP) a/k/a GORNO MUSIC      :
PUBLISHING,                          :
              Defendants.            :
- - - - - - - - - - - - - - - - - - -:
```

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/12/08

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

A pretrial conference having been held on March 12, 2008, it is hereby ORDERED as follows:

1. All fact discovery shall be completed by June 30, 2008.

2. The parties shall exchange expert disclosure by July 31, 2008.

3. All expert discovery shall be completed by August 29, 2008.

4. The pretrial order shall be submitted by September 30, 2008 unless any dispositive motion is filed by that date. If such a motion is filed, the pretrial order shall be due thirty days after the motion is decided.

SO ORDERED.

*[signature: James C. Francis IV]*

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

1

Dated:    New York, New York
          March 12, 2008

Copies mailed this date:

Emilio B. Nicolas, Esq.
Lawrence A. Waks, Esq.
Daniel Scardino, Esq.
Stacy Allen, Esq.
Jackson Walker LLP
100 Congress Avenue
Suite 1100
Austin, TX 78701

Robert S. Meloni, Esq.
Thomas P. McCafferey, Esq.
Meloni & McCafferey PC
1350 Avenue of the Americas
Suite 3100
New York, New York 10019