UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN RITCHIE, individually and d/b/a VIOLENT FEMMES,<br><br>              Plaintiff,<br><br>      -v-<br><br>GORDON GANO, individually and d/b/a GORNO MUSIC a/k/a GORNO MUSIC (ASCAP) a/k/a GORNO MUSIC PUBLISHING,<br><br>              Defendants. | No. 07-CIV-7269 (VM)<br><br>**ORDER ON MOTION FOR LEAVE TO FILE PLAINTIFF'S MEMORANDUM IN SUPPORT OF HIS EMERGENCY MOTION TO DISQUALIFY OPPOSING COUNSEL IN EXCESS OF PAGE LIMIT** |

On this day came for consideration the Motion for Leave to File Plaintiff's Memorandum in Support of his Emergency Motion to Disqualify Opposing Counsel in Excess of Page Limit of Plaintiff Brian Ritchie, individually and d/b/a Violent Femmes (the "Motion"). After considering the Motion, the pleadings, and other papers and evidence on file, the Court hereby GRANTS the Motion in its entirety.

IT IS, THEREFORE, ORDERED that Plaintiff Brian Ritchie, individually and d/b/a Violent Femmes, has leave of the Court to file Plaintiff's Memorandum in Support of his Emergency Motion to Disqualify Opposing Counsel in excess of the requisite page limit; provided, however, that, excluding exhibits, said Memorandum shall not be more than twenty-eight (28) pages in length.

SIGNED on this _____ day of _____, 200__.

_____
HONORABLE JAMES C. FRANCIS
U.S. MAGISTRATE JUDGE

5162960v.1 129806/00001