UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN RITCHIE, individually and d/b/a VIOLENT FEMMES,<br><br>Plaintiff,<br><br>-v-<br><br>GORDON GANO, individually and d/b/a GORNO MUSIC a/k/a GORNO MUSIC (ASCAP) a/k/a GORNO MUSIC PUBLISHING,<br><br>Defendants. | No. 07-CIV-7269 (VM)<br><br>**PLAINTIFF'S EMERGENCY MOTION TO DISQUALIFY OPPOSING COUNSEL** |

TO THE HONORABLE JAMES C. FRANCIS:

Pursuant to Local Civil Rule 1.4 of the Southern and Eastern Districts of New York, Plaintiff Brian Ritchie, individually and d/b/a Violent Femmes ("Plaintiff"), by and through his undersigned attorneys, moves the Court for an order to disqualify Robert S. Meloni and his law firms, Meloni & McCaffrey, P.C. and Robert S. Meloni, P.C., from further representation of Defendant Gordon Gano, individually and d/b/a Gorno Music a/k/a Gorno Music (ASCAP) a/k/a Gorno Music Publishing ("Defendant"), in this suit. The grounds for disqualifying opposing counsel include: (a) successive conflicts of interest; (b) concurrent conflicts of interest; (c) the witness-advocate rule; and (d) Robert S. Meloni is not currently qualified to practice before this Court.

This motion is based on the pleadings and papers on file in this case, as well as the attached Memorandum in Support of Plaintiff's Motion to Disqualify Opposing Counsel, the exhibits attached thereto, the pleadings and all other evidence on file.

Respectfully submitted,

**JACKSON WALKER L.L.P.**

By: :/s/ Emilio B. Nicolas
Lawrence A. Waks
Daniel Scardino*
Emilio B. Nicolas
100 Congress Avenue, Suite 1100
Austin, Texas 78701
Tel.: (512) 236-2000
Fax.: (512) 236-2002
Email: lwaks@jw.com, dscardino@jw.com, enicolas@jw.com
(*admitted *pro hac vice*)

ATTORNEYS FOR BRIAN RITCHIE, individually and d/b/a VIOLENT FEMMES

## CERTIFICATE OF SERVICE

This is to certify that on this 20th day of June, 2008, a true and correct copy of the foregoing document was served by e-mail upon the following counsel of record:

Robert S. Meloni
Thomas P. McCaffrey
MELONI & McCAFFREY, P.C.
1350 Avenue of the Americas, Suite 3100
New York, New York 10019

ATTORNEYS FOR DEFENDANT GORDON GANO, individually and d/b/a GORNO MUSIC a/k/a GORNO MUSIC (ASCAP) a/k/a GORNO MUSIC PUBLISHING

:/s/ Emilio B. Nicolas
Emilio B. Nicolas