UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN RITCHIE, individually and d/b/a VIOLENT FEMMES,<br><br>Plaintiff,<br><br>-v-<br><br>GORDON GANO, individually and d/b/a GORNO MUSIC a/k/a GORNO MUSIC (ASCAP) a/k/a GORNO MUSIC PUBLISHING,<br><br>Defendants. | No. 07-CIV-7269 (VM)<br><br>**DECLARATION OF BRIAN RITCHIE IN SUPPORT OF PLAINTIFF'S MOTION TO DISQUALIFY OPPOSING COUNSEL** |

1.   "My name is Brian Ritchie. I am over the age of eighteen (18) years, of sound mind, and fully capable of making this declaration. The facts stated herein are within my personal knowledge."

2.   "I am, individually, the Plaintiff in the above-styled case and a member of the popular music group known as 'Violent Femmes' (hereinafter referred to as the 'Band')."

3.   "Since 1981, Gordon Gano – another member of the Band – and I have been business partners in the Band. Our partnership that is the Band (hereinafter referred to as the "Partnership") has continued through the date of this declaration and was in effect at the time of the negotiation and execution of that certain contested agreement between myself and Mr. Gano dated April 20, 2001 (hereinafter referred to as the '2001 Agreement')."

4.   "Mr. Gano and I have also formed multiple entities, including, without limitation, VF2, Inc. and Violent Femmes Touring, Inc. These entities are essentially subsidiaries of the Partnership, and were formed to help manage and organize the various business endeavors of the Partnership."



Page 1

5. "Both during and after the negotiation and execution of the 2001 Agreement, I believed, and continue to believe, Alan N. Skiena to be an attorney for the Partnership, as well as my attorney for the administration of my rights in and to the Band's music catalog."

6. "Both during and after the negotiation and execution of the 2001 Agreement, I believed, and continue to believe, Mr. Skiena to represent the interests of the Partnership, as well as my individual interests with regard to the administration of my rights in and to the Band's music catalog."

7. "Both during and after the negotiation and execution of the 2001 Agreement, I believed, and continue to believe, Robert S. Meloni to be an attorney for the Partnership, VF2, Inc. and Violent Femmes Touring, Inc."

8. "Both during and after the negotiation and execution of the 2001 Agreement, I believed, and continue to believe, Mr. Meloni to represent the interests of the Partnership, VF2, Inc. and Violent Femmes Touring, Inc."

9. "I declare under penalty of perjury under the laws of the United States of America that the foregoing statements are true and correct."

EXECUTED on this 13 day of June, 2008, in Hobart, Tasmania, Australia.

_____
Brian Ritchie