# Wisconsin Department of Financial Institutions
## Strengthening Wisconsin's Financial Future

Website will be DOWN Wednesday 5:00 - 8:00 PM Central Time for Scheduled Maintenance.

Search for: violent femmes    [Search Records]

Search
Advanced Search
Name Availability

**Corporate Records**    Result of lookup for **V016005** (at 6/18/2008 4:09 PM )

# VIOLENT FEMMES, INC.

You can: File an Annual Report - Request a Certificate of Status - File a Registered Agent/Office Update Form

### Vital Statistics

| | |
|---|---|
| Entity ID | V016005 |
| Registered Effective Date | 02/21/1995 |
| Period of Existence | PER |
| Status | Restored to Good Standing   Request a Certificate of Status |
| Status Date | 02/25/2005 |
| Entity Type | Domestic Business |
| Annual Report Requirements | Business Corporations are required to file an Annual Report under s.180.1622 WI Statutes. |

### Addresses

| | |
|---|---|
| Registered Agent Office | C T CORPORATION SYSTEM<br>8040 EXCELSIOR DRIVE, SUITE 200<br>MADISON , WI 53717<br><br>File a Registered Agent/Office Update Form |
| Principal Office | JH COHN LLP<br>4 BECKER FARM ROAD<br>ROSELAND , NJ 07068<br>UNITED STATES OF AMERICA |

### Historical Information

**Annual Reports**

| Year | Reel | Image | Filed By | Stored On |
|---|---|---|---|---|
| 2008 | 000 | 0000 | online | database |
| 2007 | 000 | 0000 | online | database |
| 2006 | 000 | 0000 | online | database |
| 2005 | 000 | 0000 | online | database |


EXHIBIT E

| 2003 | 111 | 1111 | paper | image |
|------|-----|------|-------|-------|
| 2002 | 001 | 0095 | paper | microfilm |
| 2001 | 001 | 1363 | paper | microfilm |
| 2000 | 003 | 1352 | paper | microfilm |
| 1999 | 005 | 0188 | paper | microfilm |
| 1998 | 003 | 1328 | paper | microfilm |
| 1997 | 004 | 1204 | paper | microfilm |
| 1996 | 018 | 1801 | paper | microfilm |

File an Annual Report - Order a Document Copy

| | |
|---|---|
| **Certificates of Newly-elected Officers/Directors** | None |
| **Old Names** | None |
| **Chronology** | |

| Effective Date | Transaction | Filed Date | Description |
|---|---|---|---|
| 02/21/1995 | Incorporated/Qualified/Registered | 02/21/1995 | |
| 08/16/1995 | Change of Registered Agent | 08/17/1995 | |
| 11/23/1998 | Change of Registered Agent | 11/30/1998 | |
| 07/01/2003 | Change of Registered Agent | 07/01/2003 | Bulk Filing-Image |
| 01/01/2005 | Delinquent | 01/01/2005 | |
| 02/25/2005 | Restored to Good Standing | 02/25/2005 | E-Form |
| 03/23/2006 | Change of Registered Agent | 03/23/2006 | FM16-E-Form |
| 03/22/2007 | Change of Registered Agent | 03/22/2007 | FM16-E-Form |
| 10/18/2007 | Change of Registered Agent | 10/18/2007 | Bulk Filing |
| 03/19/2008 | Change of Registered Agent | 03/19/2008 | FM16-E-Form |

Order a Document Copy

Search Tips | Give us feedback

# NYS Department of State

## Division of Corporations

### Entity Information

Selected Entity Name: VIOLENT FEMMES TOURING INC.

Selected Entity Status Information

**Current Entity Name:** VIOLENT FEMMES TOURING INC.
**Initial DOS Filing Date:** APRIL 10, 2002
**County:** NEW YORK
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC BUSINESS CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
GORDON GANO
C/O MINTZ ROSENFELD ELITE SERV
450 7TH AVE, STE 1701
NEW YORK, NEW YORK, 10123-1701

**Chairman or Chief Executive Officer**
GORDON GANO
C/O MINTZ ROSENFELD ELITE SERV
450 7TH AVE, STE 1701
NEW YORK, NEW YORK, 10123-1701

**Principal Executive Office**
GORDON GANO
C/O MINTZ ROSENFELD ELITE SERV
450 7TH AVE, STE 1701
NEW YORK, NEW YORK, 10123-1701

**Registered Agent**
NONE

NOTE: New York State does not issue organizational identification numbers.

Search Results          New Search

Division of Corporations, State Records and UCC Home Page   NYS Department of State Home Page

# Wisconsin Department of Financial Institutions
## Strengthening Wisconsin's Financial Future

Website will be DOWN Wednesday 5:00 - 8:00 PM Central Time for Scheduled Maintenance.

Search for: vf2    [Search Records]    Search / Advanced Search / Name Availability

**Corporate Records**                    Result of lookup for **V015615** (at 6/18/2008 4:10 PM)

# VF2, INC.

You can: File an Annual Report - Request a Certificate of Status - File a Registered Agent/Office Update Form

### Vital Statistics

| | |
|---|---|
| Entity ID | V015615 |
| Registered Effective Date | 08/24/1993 |
| Period of Existence | PER |
| Status | Dissolved   Request a Certificate of Status |
| Status Date | 10/04/2004 |
| Entity Type | Domestic Business |
| Annual Report Requirements | Business Corporations are required to file an Annual Report under s.180.1622 WI Statutes. |

### Addresses

| | |
|---|---|
| Registered Agent Office | BLUMBERGEXCELSIOR CORPORATE SERVICES INC<br>901 S WHITNEY WAY<br>MADISON , WI 53711<br><br>File a Registered Agent/Office Update Form |
| Principal Office | 450 SEVENTH AVE STE 2107<br>NEW YORK , NY 10123<br>UNITED STATES OF AMERICA |

### Historical Information

**Annual Reports**

| Year | Reel | Image | Filed By | Stored On |
|---|---|---|---|---|
| 2003 | 111 | 1111 | paper | image |
| 2002 | 010 | 0672 | paper | microfilm |
| 2001 | 000 | 0000 | online | database |
| 2000 | 013 | 0900 | paper | microfilm |
|  |  |  |  |  |

| 1999 | 020 | 1607 | paper | microfilm |
| 1998 | 016 | 1732 | paper | microfilm |
| 1997 | 018 | 2118 | paper | microfilm |
| 1996 | 018 | 1893 | paper | microfilm |
| 1995 | 017 | 2056 | paper | microfilm |
| 1994 | 017 | 2039 | paper | microfilm |

File an Annual Report - Order a Document Copy

| | |
|---|---|
| **Certificates of Newly-elected Officers/Directors** | None |
| **Old Names** | None |
| **Chronology** | |

| Effective Date | Transaction | Filed Date | Description |
|---|---|---|---|
| 08/24/1993 | Incorporated/Qualified/Registered | 08/25/1993 | |
| 09/21/2001 | Change of Registered Agent | 09/21/2001 | FM16-E-Form |
| 08/30/2002 | Change of Registered Agent | 09/03/2002 | |
| 10/04/2004 | Articles of Dissolution | 10/07/2004 | |

Order a Document Copy

Search Tips | Give us feedback