# EPSTEIN, LEVINSOHN, BODINE, HURWITZ & WEINSTEIN, LLP

ATTORNEYS AT LAW
1790 BROADWAY
NEW YORK, NEW YORK 10019-1412

ROBERT J. EPSTEIN
MARK A. LEVINSOHN
SUSAN H. BODINE
ANDREW P. HURWITZ
JOEL H. WEINSTEIN
JAMES D. ARNAY
ANDREA F. CANNISTRACI
ALISON S. COHEN

TELEPHONE: 212 262 1000
FACSIMILE: 212 262 5022
DIRECT DIAL:

DIRECT E MAIL:
askiena@entlawfirm.com

BENJAMIN C. FELDMAN
ALAN N. SKIENA
SAGUIT SAAD
MICHAEL P. OVERN
DOUGLAS C. BERNHEIM
NATALIE D. STANFORD

December 22, 2004

Mr. Peter Wright
General Manager
Instinct Records
81 Franklin Street - Third Floor
New York, New York 10013

Re: Gorno Music/Mechanical Royalties - "Hitting The Ground"

Dear Peter:

As you may be aware, I represent Gordon Gano and his publishing company, Gorno Music, and perform publishing administration services for Gorno Music. My records reflect that I have not received mechanical royalty statements for the compositions contained on the "Hitting The Ground" album for the second half of 2003 or the first half of 2004. Please make arrangements to forward those statements as soon as possible.

Thank you.

Very truly yours,

Allan N. Skiena

EXHIBIT J

GANO_01583