Form **W-9**
(Rev. January 2003)
Department of the Treasury
Internal Revenue Service

**Request for Taxpayer Identification Number and Certification**

Give form to the requester. Do not send to the IRS.

Name: GORDON GANO

Business name, if different from above: GORNO MUSIC

Check appropriate box: [✓] Individual/Sole proprietor  [ ] Corporation  [ ] Partnership  [ ] Other ▶ ..........  [ ] Exempt from backup withholding

Address (number, street, and apt. or suite no.): c/o Alan Skiena, Epstein, Levinsohn, Bodine, Hurwitz + Weinstein

City, state, and ZIP code: 1790 Broadway - 10th Floor, New York, NY 10019

Requester's name and address (optional):

List account number(s) here (optional):

## Part I  Taxpayer Identification Number (TIN)

Enter your TIN in the appropriate box. For individuals, this is your social security number (SSN). However, for a resident alien, sole proprietor, or disregarded entity, see the Part I instructions on page 3. For other entities, it is your employer identification number (EIN). If you do not have a number, see **How to get a TIN** on page 3.

Note: If the account is in more than one name, see the chart on page 4 for guidelines on whose number to enter.

Social security number: [REDACTED]

or

Employer identification number:

## Part II  Certification

Under penalties of perjury, I certify that:

1. The number shown on this form is my correct taxpayer identification number (or I am waiting for a number to be issued to me), **and**
2. I am not subject to backup withholding because: (a) I am exempt from backup withholding, or (b) I have not been notified by the Internal Revenue Service (IRS) that I am subject to backup withholding as a result of a failure to report all interest or dividends, or (c) the IRS has notified me that I am no longer subject to backup withholding, **and**
3. I am a U.S. person (including a U.S. resident alien).

**Certification instructions.** You must cross out item 2 above if you have been notified by the IRS that you are currently subject to backup withholding because you have failed to report all interest and dividends on your tax return. For real estate transactions, item 2 does not apply. For mortgage interest paid, acquisition or abandonment of secured property, cancellation of debt, contributions to an individual retirement arrangement (IRA), and generally, payments other than interest and dividends, you are not required to sign the Certification, but you must provide your correct TIN. (See the instructions on page 4.)

Sign Here  Signature of U.S. person ▶ (signed), as agent   Date ▶ 9/7/04

## Purpose of Form

A person who is required to file an information return with the IRS, must obtain your correct taxpayer identification number (TIN) to report, for example, income paid to you, real estate transactions, mortgage interest you paid, acquisition or abandonment of secured property, cancellation of debt, or contributions you made to an IRA.

**U.S. person.** Use Form W-9 only if you are a U.S. person (including a resident alien), to provide your correct TIN to the person requesting it (the requester) and, when applicable, to:

1. Certify that the TIN you are giving is correct (or you are waiting for a number to be issued),

2. Certify that you are not subject to backup withholding, or

3. Claim exemption from backup withholding if you are a U.S. exempt payee.

**Note:** *If a requester gives you a form other than Form W-9 to request your TIN, you must use the requester's form if it is substantially similar to this Form W-9.*

**Foreign person.** If you are a foreign person, use the appropriate Form W-8 (see **Pub. 515,** Withholding of Tax on Nonresident Aliens and Foreign Entities).

**Nonresident alien who becomes a resident alien.** Generally, only a nonresident alien individual may use the terms of a tax treaty to reduce or eliminate U.S. tax on certain types of income. However, most tax treaties contain a provision known as a "saving clause." Exceptions specified in the saving clause may permit an exemption from tax to continue for certain types of income even after the recipient has otherwise become a U.S. resident alien for tax purposes.

If you are a U.S. resident alien who is relying on an exception contained in the saving clause of a tax treaty to claim an exemption from U.S. tax on certain types of income, you must attach a statement that specifies the following five items:

1. The treaty country. Generally, this must be the same treaty under which you claimed exemption from tax as a nonresident alien.

2. The treaty article addressing the income.

3. The article number (or location) in the tax treaty that contains the saving clause and its exceptions.

4. The type and amount of income that qualifies for the exemption from tax.

5. Sufficient facts to justify the exemption from tax under the terms of the treaty article.

Cat. No. 10231X    Form **W-9** (Rev. 1-2003)

EXHIBIT K

GANO_02960

**Alan N. Skiena**

| | |
|---|---|
| From: | Alan N. Skiena |
| Sent: | Monday, June 04, 2007 11:26 AM |
| To: | 'Ray Espinola' |
| Subject: | RE: Rocket Science - Soundtrack Album |
| | |
| Follow Up Flag: | Follow up |
| Due By: | Wednesday, July 18, 2007 5:00 PM |
| Flag Status: | Flagged |

Hi Ray -

Thanks for your email. I didn't know of the soundtrack situation so thanks also for letting me know.

Bearing in mind that I only represent only Gordon Gano and Gorno Music, the publisher of most Violent Femmes compositions (including the three used in Rocket Science), I don't believe that Warner actually needs band approval for these situations. I'm pretty sure they can just go ahead and license the master for the soundtrack on their own. If there's snag though, you can reach out to me and I can see if I can use my influence to get either Warner or the band (if band approval is required) to agree.

Assuming all goes well on that, I'll just mark my records to note that I should be receiving an inquiry for mechanical license(s) for whatever song(s) are used on the album.

There was discussion back in March regarding a possible trailer use for Blister in the Sun. Is that a dead issue now?

Look forward to hearing from you.

Kind regards,


Alan N. Skiena
Epstein Levinsohn Bodine & Weinstein LLP
1790 Broadway - Tenth Floor
New York, New York 10019
Phone - 212 262-1000
Fax - 212 262-5022
E-mail - askiena@entlawfirm.com

The information contained in this message is intended only for the personal and confidential use of the recipient(s) named above. If the reader of this message is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that you have received this document in error and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately, and delete the original message. Unintended transmission shall not constitute waiver of the attorney-client or any other privilege.


-----Original Message-----

GANO_03949

**Alan N. Skiena**

---

| | |
|---|---|
| **From:** | Alan N. Skiena |
| **Sent:** | Wednesday, January 19, 2005 5:29 PM |
| **To:** | 'Rodriguez, Cindy' |
| **Subject:** | RE: Jack & Bobby - "Good Feeling" |
| | |
| **Follow Up Flag:** | Follow up |
| **Due By:** | Friday, February 04, 2005 5:00 PM |
| **Flag Status:** | Flagged |

Cindy -

The payee is Gorno Music, a sole proprietorship, whose address is in care of my office.

The taxpayer ID number for Gorno Music is 

Let me know if you require anything additional, and let me know when I can expect payment to be issued.

Kind regards,


Alan N. Skiena
Epstein Levinsohn Bodine Hurwitz & Weinstein LLP
1790 Broadway - Tenth Floor
New York, New York 10019
Phone - 212 262-1000
Fax - 212 262-5022
E-mail - askiena@entlawfirm.com


-----Original Message-----
From: Rodriguez, Cindy [mailto:Cindy.Rodriguez@warnerbros.com]
Sent: Tuesday, January 18, 2005 2:15 PM
To: Alan N. Skiena
Subject: RE: Jack & Bobby - "Good Feeling"


Hi..Need payee info and ID#....

-----Original Message-----
From: Alan N. Skiena [mailto:ASkiena@entlawfirm.com]
Sent: Tuesday, January 18, 2005 10:42 AM
To: Rodriguez, Cindy
Subject: RE: Jack & Bobby - "Good Feeling"


Hello Cindy -

It's time to deal with this. Please . . .

GANO_08839