# NYS Department of State

## Division of Corporations

### Entity Information

Selected Entity Name: ROBERT S. MELONI, P.C.

Selected Entity Status Information

**Current Entity Name:** ROBERT S. MELONI, P.C.
**Initial DOS Filing Date:** JULY 24, 1997
**County:** NEW YORK
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC PROFESSIONAL CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
ROBERT S. MELONI, P.C.
SUITE 3100
1350 AVE OF THE AMERICAS
NEW YORK, NEW YORK, 10019
**Chairman or Chief Executive Officer**
ROBERT S MELONI
405 PARK AVE
NEW YORK, NEW YORK, 10022-4405
**Principal Executive Office**
ROBERT S. MELONI, P.C.
405 PARK AVE
NEW YORK, NEW YORK, 10022-4405
**Registered Agent**
ROBERT S. MELONI
SUITE 3100
1350 AVE OF THE AMERICAS
NEW YORK, NEW YORK, 10019

NOTE: New York State does not issue organizational identification numbers.

Search Results            New Search

Division of Corporations, State Records and UCC Home Page    NYS Department of State Home Page

**EXHIBIT**

N