

1-888-Register
http://www.register.com

NOTICE AND TERMS OF USE: You are not authorized to access or query our WHOIS
database through the use of high-volume, automated, electronic processes. The
Data in Network Solutions\' WHOIS database is provided by Network Solutions for information
purposes only, and to assist persons in obtaining information about or related
to a domain name registration record. Network Solutions does not guarantee its accuracy.
By submitting a WHOIS query, you agree to abide by the following terms of use:
You agree that you may use this Data only for lawful purposes and that under no
circumstances will you use this Data to: (1) allow, enable, or otherwise support
the transmission of mass unsolicited, commercial advertising or solicitations
via e-mail, telephone, or facsimile; or (2) enable high volume, automated,
electronic processes that apply to Network Solutions (or its computer systems). The



compilation, repackaging, dissemination or other use of this Data is expressly
prohibited without the prior written consent of Network Solutions. You agree not to use
high-volume, automated, electronic processes to access or query the WHOIS
database. Network Solutions reserves the right to terminate your access to the WHOIS
database in its sole discretion, including without limitation, for excessive
querying of the WHOIS database or for failure to otherwise abide by this policy.
Network Solutions reserves the right to modify these terms at any time.

Get a FREE domain name registration, transfer, or renewal with any annual hosting package.

http://www.networksolutions.com

Visit AboutUs.org for more information about ROBERTMELONI.COM
AboutUs: ROBERTMELONI.COM

Registrant:
Robert S. Meloni, P.C.
405 Park Ave. #1500
Manhattan, NY 10022
US

Domain Name: ROBERTMELONI.COM

------------------------------------------------------------------------
Promote your business to millions of viewers for only $1 a month
Learn how you can get an Enhanced Business Listing here for your domain name.
Learn more at http://www.NetworkSolutions.com/
------------------------------------------------------------------------

Administrative Contact:
Meloni, Robert rmeloni@IX.NETCOM.COM
Robert S. Meloni, P.C.
405 PARK AVE
NEW YORK, NY 10022-4405
US
(212) 935-0900 fax: 999 999 9999

Technical Contact:
hostmaster@earthlink.net
Earthlink Inc

1430 West Peachtree St. NW, Ste. 400
Atlanta, GA 30309
US
888-932-1997 fax: 123 123 1234

Record expires on 17-Dec-2008.
Record created on 17-Dec-1998.
Database last updated on 5-Jun-2008 10:38:27 EDT.

Domain servers in listed order:

DNS2.EARTHLINK.NET
DNS3.EARTHLINK.NET


1-888-Register
http://www.register.com