# MELONI & McCAFFREY, P.C.
ATTORNEYS AT LAW
1350 Avenue of the Americas
Suite 3100
New York, N.Y. 10019
Facsimile: (800)659-3985
www.m2law.net

ROBERT S. MELONI
THOMAS P. MCCAFFREY

Writer's Direct Telephone: (212) 957-5577
Writer's Email: R.Meloni@m2law.net

May 28, 2008

**VIA FEDERAL EXPRESS & EMAIL**

Emilio Nicolas, Esq.
Jackson Walker L.L.P.
100 Congress Avenue
Suite 1100
Austin, TX 78701

Re: **Brian Ritchie v. Gordon Gano 07cv7269 (VM).**

Dear Mr. Nicolas:

This letter is written in response to your letter dated May 20, 2008.

Enclosed is a schedule showing the documents by individual bates numbers that we have designated "Confidential" under the existing Protective Order. The documents so designated fall into a number of proprietary categories, including without limitation, royalties accounted to, and monies paid to or received by Gordon Gano, and agreements entered into by or on behalf of Gordon Gano. However, many of the documents that have not been designated "Confidential" nonetheless involve the agreements at issue, the ownership of the master recordings and publishing, the history of the licensing of the publishing rights by representatives of Mr. Gano, and payments made on behalf of Mr. Gano to third parties. We therefore expect that you will honor your firm's commitment, made during the April 23, 2008 telephone conference, that said documents will be used solely as part of this litigation.

With respect to your request for Mr. Gano's privileged log, as we explained numerous times, Mr. Gano has no documents in his possession and has therefore not withheld any documents on the grounds of privilege. All of Mr. Gano's documents have been produced by either me or Mr. Skiena, who have both provided privileged logs on Mr. Gano's behalf.

EXHIBIT ✓

Emilio Nicolas, Esq.
May 28, 2008
Page 2

---

   In addition, during the April conference call you agreed to check and see if there were any additional documents that may have been overlooked during your client's production, including any emails to/from Mr. Ritchie, documents in the custody of Humidor Music, Mr. Ritchie's publishing company, and documents in the custody of Andrew Halbreich. We also await production of your client's privilege log, as well as his complete responses to the Requests to Admit which are due May 30.

            Very truly yours,

            MELONI & McCAFFREY, P.C.

         By: _____
            Robert S. Meloni

cc: Thomas P. McCaffrey, Esq.