# GANO _ 07692
# (designated as "confidential" by Defendant; copies to be filed pursuant to provisions outlined in the Protective Order or as otherwise ordered by the Court)



**GANO _ 07710**
**(designated as "confidential" by Defendant; copies to be filed pursuant to provisions outlined in the Protective Order or as otherwise ordered by the Court)**

**GANO _ 07711**
**(designated as "confidential" by Defendant; copies to be filed pursuant to provisions outlined in the Protective Order or as otherwise ordered by the Court)**

**GANO _ 18301
(designated as "confidential" by Defendant;
copies to be filed pursuant to provisions
outlined in the Protective Order or as
otherwise ordered by the Court)**

Case 1:07-cv-07269-VM-JCF   Document 21-26   Filed 06/20/2008   Page 4 of 6

# GANO _ 18314
## (designated as "confidential" by Defendant; copies to be filed pursuant to provisions outlined in the Protective Order or as otherwise ordered by the Court)

**GANO _ 18315
(designated as "confidential" by Defendant; copies to be filed pursuant to provisions outlined in the Protective Order or as otherwise ordered by the Court)**