UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| BRIAN RITCHIE, individually and d/b/a VIOLENT FEMMES,<br><br>　　　　　　　Plaintiff,<br><br>　　-v-<br><br>GORDON GANO, individually and d/b/a GORNO MUSIC a/k/a GORNO MUSIC (ASCAP) a/k/a GORNO MUSIC PUBLISHING,<br><br>　　　　　　　Defendants. | No. 07-CIV-7269 (VM)<br><br>**ORDER ON PLAINTIFF'S MOTION TO DISQUALIFY OPPOSING COUNSEL** |

　　On this day came for consideration Plaintiff Brian Ritchie, individually and d/b/a Violent Femmes' ("Plaintiff") Motion to Disqualify Opposing Counsel (the "Motion"). After considering the Motion, the attached Memorandum in Support of the Motion, the exhibits in support thereof, the pleadings, and other evidence on file, the Court hereby GRANTS the Motion in its entirety.

　　IT IS, THEREFORE, ORDERED that Robert S. Meloni and his law firms, Meloni & McCaffrey, P.C. and Robert S. Meloni, P.C., are disqualified from further participation in this suit as counsel for Defendant Gordon Gano, individually and d/b/a Gorno Music a/k/a Gorno Music Publishing (ASCAP) a/k/a Gorno Music Publishing ("Defendant").

　　SIGNED on this _____ day of _____, 200__.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　HONORABLE JAMES C. FRANCIS
　　　　　　　　　　　　　　　　　　　　　　　　　　　　U.S. MAGISTRATE JUDGE