## Alan N. Skiena

| | |
|---|---|
| **From:** | Brian Ritchie [brianritchie@mac.com] |
| **Sent:** | Monday, July 10, 2006 12:21 PM |
| **To:** | Darren Brown; Diaka Kaba |
| **Cc:** | Robert Meloni; Alan N. Skiena |
| **Subject:** | Violent Femmes Business |

Robert and Alan,

We are in a business phase where communication is required between the partners in this band. There is new business to discuss. There is some old and very stale business which needs to be settled.

If Gordon is capable of discussing these matters he should give me a call. If he is not capable I am awaiting direct communication from his representative. I address this email to the only people I can think of who might fit the bill. If there is another party out there who represents and is accountable for Gordon please direct them to me and Darren.

Regards,

BR

1



EXHIBIT
B