**Robert Meloni**

**From:** nemo2000@att.net
**Sent:** Wednesday, June 30, 2004 7:54 PM
**To:** Robert Meloni
**Subject:** reason for my call

Hi Robert,

No big deal. The masters for Viva Wisconsin and Freak Magnet came up for auction. So I did a preemptive strike and contacted (via Dan Weiss) the liquidator and bought them before they came on the block. Otherwise they were going to be part of the "alternative rock" package at auction. I didn't want to have to bid on the whole thing. I was having trouble getting ahold of GG so I thought I'd run it by you. Everything worked out fine and now we own them for 38K. So we can license them or get a P & D deal.

Regards,

Brian

1



GANO_02286