# NYS Department of State

## Division of Corporations

### Entity Information

---

Selected Entity Name: MELONI & MCCAFFREY, P.C.

Selected Entity Status Information

**Current Entity Name:** MELONI & MCCAFFREY, P.C.
**Initial DOS Filing Date:** MAY 22, 2007
**County:** NEW YORK
**Jurisdiction:** NEW YORK
**Entity Type:** DOMESTIC PROFESSIONAL CORPORATION
**Current Entity Status:** ACTIVE

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
MELONI & MCCAFFREY, P.C.
SUITE 3100
1350 AVE OF THE AMERICAS
NEW YORK, NEW YORK, 10019

**Registered Agent**
NONE

NOTE: New York State does not issue organizational identification numbers.

Search Results　　　　　　　　New Search

Division of Corporations, State Records and UCC Home Page　　NYS Department of State Home Page

