CASREF, ECF

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:07-cv-07269-VM-JCF

| | |
|---|---|
| Ritchie v. Gano | Date Filed: 08/15/2007 |
| Assigned to: Judge Victor Marrero | Jury Demand: Both |
| Referred to: Magistrate Judge James C. Francis | Nature of Suit: 840 Trademark |
| Cause: 15:1125 Trademark Infringement (Lanham Act) | Jurisdiction: Federal Question |

**Plaintiff**

**Brian Ritchie**
*individually*
*doing business as*
Violent Femmes

represented by **Emilio B. Nicolas**
Jackson Walker L.L.P.
100 Congress Avenue
Suite 1100
Austin, TX 78701
(512)-236-2304
Fax: (512)-236-2002
Email: enicolas@jw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence A. Waks**
Jackson Walker L.L.P.
100 Congress Avenue
Suite 1100
Austin, TX 78701
(512) 236-2244
Fax: (512) 236-2002
Email: lwaks@jw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stacy Allen**
Jackson Walker L.L.P
100 Congress, Suite 1100
Austin, TX 78701
(512)-236-2090
Fax: (512)-391-2102
Email: stacyallen@jw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Scardino**
Jackson Walker L.L.P.
100 Congress Avenue
Suite 100
Austin, TX 78701



(512) 236-2000
Fax: (512) 236-2002
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Gordon Gano**
*individually*
*doing business as*
Gorno Music
*also known as*
Gorno Music (ASCAP)
*also known as*
Gorno Music Publishing

represented by **Robert Stephen Meloni**
Robert S. Meloni, P.C.
1350 Avenue of the Americas, Suite 3100
New York, NY 10019
(212) 957-5577
Fax: (800)659-3985
Email: R.Meloni@m2law.net
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Gordon Gano**
*individually*

represented by **Robert Stephen Meloni**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Counter Defendant**

**Brian Ritchie**
*individually*

represented by **Emilio B. Nicolas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence A. Waks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stacy Allen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Scardino**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Counter Claimant**

**Gordon Gano**
*individually*

V.

**Counter Defendant**

**Brian Ritchie**
*individually*

represented by **Emilio B. Nicolas**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Lawrence A. Waks**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Stacy Allen**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Scardino**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/04/2007 |  | Minute Entry for proceedings held before Judge Victor Marrero: Interim Pretrial Conference held on 1/4/2007. Refer to Magistrate Judge James Francis for discovery. Initial disclosures to be provided within 14 days. (dle) (Entered: 01/15/2008) |
| 08/15/2007 | 1 | COMPLAINT against Gordon Gano. (Filing Fee $ 350.00, Receipt Number 624025) Document filed by Brian Ritchie.(mbe) Additional attachment(s) added on 8/28/2007 (Becerra, Maribel). (Entered: 08/16/2007) |
| 08/15/2007 |  | SUMMONS ISSUED as to Gordon Gano. (mbe) (Entered: 08/16/2007) |
| 08/15/2007 |  | Magistrate Judge James C. Francis is so designated. (mbe) (Entered: 08/16/2007) |
| 08/15/2007 |  | Case Designated ECF. (mbe) (Entered: 08/16/2007) |
| 08/15/2007 | 2 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Violent Femmes, Brian Ritchie, Founding Member as Corporate Parents. Document filed by Brian Ritchie.(mbe) Additional attachment(s) added on 8/28/2007 (Becerra, Maribel). (Entered: 08/16/2007) |
| 08/27/2007 |  | ***NOTE TO ATTORNEY TO E-MAIL PDF. Note to Attorney Emilio B. Nicolas for noncompliance with Section (3) of the S.D.N.Y. 3rd Amended Instructions For Filing An Electronic Case or Appeal and Section 1(d) of the S.D.N.Y. Procedures For Electronic Case Filing. E-MAIL the PDF for Document 2 Rule 7.1 Corporate Disclosure Statement, 1 Complaint to: case_openings@nysd.uscourts.gov. (laq) (Entered: 08/27/2007) |
| 09/13/2007 | 3 | MOTION for Emilio Nicolas to Appear Pro Hac Vice. Document filed by Brian Ritchie. (jco) (Entered: 09/18/2007) |
| 09/13/2007 | 4 | MOTION for Lawrence A. Waks to Appear Pro Hac Vice. Document filed by Brian Ritchie. (jco) (Entered: 09/18/2007) |
| 09/13/2007 | 5 | MOTION for Daniel Scardino to Appear Pro Hac Vice. Document filed by Brian Ritchie. (jco) (Entered: 09/18/2007) |

| | | |
|---|---|---|
| 09/20/2007 | 6 | ORDER granting 5 Motion for Daniel Scardino to Appear Pro Hac Vice. (Signed by Judge Victor Marrero on 9/20/07) (js) (Entered: 09/20/2007) |
| 09/20/2007 | | Transmission to Attorney Admissions Clerk. Transmitted re: 6 Order on Motion to Appear Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. (js) (Entered: 09/20/2007) |
| 09/20/2007 | 7 | ORDER granting 4 Motion for Lawrence A. Waks to Appear Pro Hac Vice. (Signed by Judge Victor Marrero on 9/20/07) (js) (Entered: 09/20/2007) |
| 09/20/2007 | | Transmission to Attorney Admissions Clerk. Transmitted re: 7 Order on Motion to Appear Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. (js) (Entered: 09/20/2007) |
| 09/20/2007 | 8 | ORDER granting 3 Motion for Emilio Nicolas to Appear Pro Hac Vice. (Signed by Judge Victor Marrero on 9/20/07) (js) (Entered: 09/20/2007) |
| 09/20/2007 | | Transmission to Attorney Admissions Clerk. Transmitted re: 8 Order on Motion to Appear Pro Hac Vice, to the Attorney Admissions Clerk for updating of Attorney Information. (js) (Entered: 09/20/2007) |
| 09/26/2007 | | CASHIERS OFFICE REMARK on 7 Order on Motion to Appear Pro Hac Vice, 6 Order on Motion to Appear Pro Hac Vice, 8 Order on Motion to Appear Pro Hac Vice in the amount of $75.00, paid on 09/13/2007, Receipt Number 626938. (jd) (Entered: 09/26/2007) |
| 10/16/2007 | 9 | WAIVER OF SERVICE RETURNED EXECUTED. Gordon Gano waiver sent on 8/20/2007, answer due 10/29/2007. Document filed by Brian Ritchie. (Allen, Stacy) (Entered: 10/16/2007) |
| 10/30/2007 | 10 | ANSWER to Complaint with JURY DEMAND., COUNTERCLAIM against Brian Ritchie. Document filed by Gordon Gano.(Meloni, Robert) (Entered: 10/30/2007) |
| 11/12/2007 | 11 | AMENDED ANSWER to with JURY DEMAND., COUNTERCLAIM against Brian Ritchie. Document filed by Gordon Gano. (Meloni, Robert) (Entered: 11/12/2007) |
| 11/12/2007 | 12 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. No Corporate Parent. Document filed by Gordon Gano.(Meloni, Robert) (Entered: 11/12/2007) |
| 11/27/2007 | 13 | REPLY re: 11 Amended Answer to Complaints, Counterclaim. Document filed by Brian Ritchie. (Nicolas, Emilio) (Entered: 11/27/2007) |
| 12/04/2007 | 14 | ENDORSED LETTER addressed to Judge Victor Marrero from Robert S. Meloni dated 11/30/2007 re: request for a pre-motion conference at which Gano will seek permission to move to dismiss the Complaint, and for leave to serve a brief that exceeds 25 pages in length. ENDORSEMENT: Request granted. A Status Conference set for 12/14/2007 at 04:00 PM before Judge Victor Marrero, to address the matter described above by defendant. No motion shall be filed until after such conference. (Signed by Judge Victor Marrero on 12/4/2007) (jar) Modified on 12/21/2007 (jar). (Entered: 12/04/2007) |
| 12/04/2007 | 15 | ENDORSED LETTER addressed to Judge Victor Marrero from Emilio B. Nicolas dated 12/7/2007 re: re-scheduling the status conference set for 12/14/2007 to 1/4/2008 at 10:45 a.m.. ENDORSEMENT: Request granted. The Next conference is rescheduled to 1/4/2007 at 10:45 a.m. (Signed by Judge Victor Marrero on 12/7/2007) (jar) Modified on 12/11/2007 (jar). (Entered: 12/07/2007) |

| | | |
|---|---|---|
| 01/04/2008 | 16 | ORDER REFERRING CASE TO MAGISTRATE JUDGE. Order that case be referred to the Clerk of Court for assignment to a Magistrate Judge for General Pretrial (includes scheduling, discovery, non-dispositive pretrial motions, and settlement). Referred to Magistrate Judge James C. Francis. (Signed by Judge Victor Marrero on 1/4/08) (cd) (Entered: 01/04/2008) |
| 01/04/2008 | | Minute Entry for proceedings held before Judge Victor Marrero: Interim Pretrial Conference held on 1/4/2008. Refer to Magistrate Judge Fraicis for General Pretrial. Discovery to be provided within 14 days (djc) (Entered: 03/06/2008) |
| 02/15/2008 | 17 | CONFIDENTIALITY ORDER that the Unopposed Motion (unfiled) in Support of Stipulation of Confidentiality is granted in its entirety and the proposed Stipulation of Confidentiality be entered, in its entirety, into the above referenced cause. (Signed by Judge Victor Marrero on 2/15/08) (cd) (Entered: 02/19/2008) |
| 03/12/2008 | 18 | ORDER; that all fact discovery due by 6/30/2008. All expert discovery shall be completed by 8/29/08. The Pretrial Order due by 9/30/2008 unless any dispositive motion is filed by that date. If such a motion is filed, the pretrial order shall be due thirty days after the motion is decided. (Signed by Magistrate Judge James C. Francis on 3/12/08) (pl) (Entered: 03/12/2008) |
| 03/12/2008 | | Minute Entry for proceedings held before Magistrate Judge James C. Francis: Interim Pretrial Conference held on 3/12/2008. Plaiiintffs by phone; Defendants in person; (djc) (Entered: 03/14/2008) |
| 06/16/2008 | 19 | ENDORSED LETTER addressed to Judge Victor Marrero from Emilio B. Nicolas dated 6/13/08 re: Counsel requests the court's permission to file the motions to disqualify and to stay discovery without need of a premotion conference. Counsel also requests an expedited hearing on the motion. ENDORSEMENT: The parties are directed to address the matter set forth above to Magistrate Judge James Francis, to whom this dispute has been referred for resolution, as well as for supervision of remaining pretrial proceedings, establishing case management schedules as necessary and settlement. The motion to disqualify counsel falls within the scope of the previous referral to the Magistrate Judge. (Signed by Judge Victor Marrero on 6/16/08) (mme) (Entered: 06/16/2008) |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| 06/18/2008 12:02:16 | | | |
| **PACER Login:** | jw0033 | **Client Code:** | 129806.00001 EBN1 |
| **Description:** | Docket Report | **Search Criteria:** | 1:07-cv-07269-VM-JCF |
| **Billable Pages:** | 4 | **Cost:** | 0.32 |