UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BRIAN RITCHIE, individually and d/b/a
VIOLENT FEMMES,

         Plaintiff,                               No. 07-CIV-7269 (VM)

    - against -

GORDON MELONI, individually and d/b/a
GORNO MUSIC a/k/a GORNO MUSIC (ASCAP)
a/k/a GORNO MUSIC PUBLISHING,

         Defendant.
------------------------------------------------------------x

**RECEIVED**
JAN 29 2008
Jackson Walker L.L.P.

### RESPONSE TO PLAINTIFF'S SUBPOENA

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, the Local Rules and any other applicable law, Robert A. Meloni ("Meloni"), a non-party, hereby responds and objects to the third-party subpoena of Plaintiff Brian Ritchie dated January 3, 2008 (the "Subpoena") in the above-entitled action as follows:

### GENERAL OBJECTIONS

Meloni makes his objections to the Requests by, among other things, incorporating by reference the following general objections ("General Objections"):

    A.    Meloni reserves all objections as to the admissibility at any trial, hearing or other proceeding of any information provided or documents produced in response to the requests for documents contained in the Subpoena (the "Requests"), including without limitation, all objections on the ground that such documents are not authentic or that such information is not relevant, material or necessary to this action, or that the Requests are framed in a manner that is objectionable as to form.



including retention agreements, retainer agreements, retainer fees, conflict disclosures, or informed consent waivers.

**RESPONSE: See General Objections.** Meloni objects to this Request to the extent that it is vague, unduly burdensome and ambiguous, unintelligible and contains terms that are undefined. Subject to these objections and the General Objections, Meloni responds that there are no known documents responsive to this Request.

21. All Documents, records, correspondence and Communications concerning the existence of an attorney-client relationship, agent-principal relationship, employee-employer relationship or other fiduciary relationship between Alan Skiena and Defendant, including retention agreements, retainer agreements, retainer fees, conflict disclosures, or informed consent waivers.

**RESPONSE: See General Objections.** Meloni objects to this Request to the extent that it is vague, unduly burdensome and ambiguous, unintelligible and contains terms that are undefined. Meloni further objects to this request to the extent it calls for documents protected by the attorney client and/or work product privileges. Subject to these objections and the General Objections, and the entry of a Confidentiality Stipulation and Order, Meloni will produce documents, if any, that he believes to be responsive to this Request.

22. All Documents, records, correspondence and Communications concerning the existence of an attorney-client relationship, agent-principal relationship, employee-employer relationship or other fiduciary relationship between You and Plaintiff, including retention agreements, retainer agreements, retainer fees, conflict disclosures, or informed consent waivers.

**RESPONSE: See General Objections.** Meloni objects to this Request to the extent that it is vague, unduly burdensome and ambiguous, unintelligible and contains terms that are undefined. Subject to these objections and the General Objections, Meloni responds that there are no known documents responsive to this Request.

23. All Documents, records, correspondence and Communications concerning the existence of an attorney-client relationship, agent-principal relationship, employee-employer relationship or other fiduciary relationship between You and Defendant, including retention agreements, retainer agreements, retainer fees, conflict disclosures, or informed consent waivers.

**RESPONSE: See General Objections.** Meloni objects to this Request to the extent that it is vague, unduly burdensome and ambiguous, unintelligible and contains terms that are undefined. Meloni further objects to this request to the extent it calls for documents protected by the attorney client and/or work product privileges.

24. All Documents, records, correspondence and Communications concerning the existence of an attorney-client relationship, agent-principal relationship, employee-employer relationship or other fiduciary relationship between You and Alan Skiena, including retention agreements, retainer agreements, retainer fees, conflict disclosures, or informed consent waivers.

**RESPONSE: See General Objections.** Meloni objects to this Request to the extent that it is vague, unduly burdensome and ambiguous, unintelligible and contains terms that are undefined. Subject to these objections and the General Objections, Meloni responds that there are known documents responsive to this Request.

25. All Documents, records, correspondence and Communications concerning or bearing on the enforceability of the 2001 Agreement.

**RESPONSE: See General Objections.** Meloni objects to this Request to the extent that it is vague, unduly burdensome and ambiguous, unintelligible and contains terms that are undefined. Meloni further objects to this request to the extent it calls for documents protected by the attorney client and/or work product privileges. Subject to these objections and the General Objections, and the entry of a Confidentiality Stipulation and Order, Meloni will produce documents, if any, that he believes to be responsive to this Request.

26. All Documents, records, correspondence and Communications concerning or bearing on the enforceability of the 2002 Agreement.

**RESPONSE: See General Objections.** Meloni objects to this Request to the extent that it is vague, unduly burdensome and ambiguous, unintelligible and contains terms that are undefined. Meloni further objects to this request to the extent it calls for documents protected by the attorney client and/or work product privileges. Subject to these objections and the General Objections, and the entry of a Confidentiality Stipulation and Order, Meloni will produce documents, if any, that he believes to be responsive to this Request.

Dated: January 28, 2008

Yours, etc.,

_____
Robert Meloni, Esq.