UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
BRIAN RITCHIE, individually and d/b/a
VIOLENT FEMMES,

        Plaintiff,

- against -

GORDON SKIENA, individually and d/b/a
GORNO MUSIC a/k/a GORNO MUSIC (ASCAP)
a/k/a GORNO MUSIC PUBLISHING,

        Defendant.
------------------------------------------------------------x

No. 07-CIV-7269 (VM)

**RECEIVED**
JAN 29 2008
Jackson Walker L.L.P.

## RESPONSE TO PLAINTIFF'S SUBPOENA

Pursuant to Rule 45 of the Federal Rules of Civil Procedure, the Local Rules and any other applicable law, Alan Skiena ("Skiena"), a non-party, by his attorneys, Meloni & McCaffrey, P.C., hereby responds and objects to the third-party subpoena of Plaintiff Brian Ritchie dated January 3, 2008, (the "Requests") as follows:

### GENERAL OBJECTIONS

Skiena makes his objections to the Requests by, among other things, incorporating by reference the following general objections ("General Objections"):

A.    Skiena reserves all objections as to the admissibility at any trial, hearing or other proceeding of any information provided or documents produced in response to the requests for documents contained in the Subpoena (the "Requests"), including without limitation, all objections on the ground that such documents are not authentic or that such information is not relevant, material or necessary to this action, or that the Requests are framed in a manner that is objectionable as to form.

EXHIBIT M

these objections and the General Objections, and the entry of a Confidentiality Stipulation and Order, Skiena will produce documents, if any, that he believes to be responsive to this Request.

Dated: January 28, 2008

                                            Yours, etc.,

                                            MELONI & MCCAFFREY, P.C.

By: _____
        Robert S. Meloni (RM-8087)
        Thomas P. McCaffrey (TPM-4057)
1350 Avenue of the Americas
Suite 3100
New York, New York 10019
(212) 957-3750

*Attorneys for Alan Skiena, Esq.*