# RUBIN BAILIN ORTOLI MAYER & BAKER LLP
Counselors at Law

405 Park Avenue
New York, N.Y. 10022-4405
Tel: (212)935-0900
Fax: (212)826-9307
Direct Fax: (212) 755-0321
EMAIL: ROBERT@ROBERTMELONI.COM

WEST COAST OFFICE

9806 Santa Monica Boulevard
Beverly Hills, CA 90210
Tel: 310-274-8683
Fax: 310-859-7743
Kalisch Cotugno & Rust Counsel

CORRESPONDENT OFFICES

London
Pearson Lowe
48 Queen Anne Street
London W1M 9LA
Tel: (0207) 224-0888
Fax: (0207) 468-4220

Paris
Casanova & Associates
250 Bis. Blvd St Germain
75341 Paris Cedex 07
Tel: (01) 44-39-89-69
Fax: (01) 44-48-88-91

Mexico City
Martinez Del Campo Del Rio
Lomas De Chapultepec
Sierra Picacho 814
11000 Mexico D.F.
Tel: (52-5) 520-6131/520-8356
Fax: (52-5) 540-0429

**ROBERT S. MELONI, P.C.**
Of Counsel

June 26, 2003

**By Federal Express**

Equitable Transitions, Inc.
444 West Ocean Blvd., Suite 1400
Long Beach, CA 90802

Re: **In re Beyond Music, Inc. d/b/a Left Bank Records, Inc.**

Dear Sir/Madam:

I represent Gorno Music, VF2, Inc. and the Violent Femmes, creditors of the above-referenced debtor. My clients have claims against the entity for which you are acting as assignee. We are writing to notify you of their claims and rights, but they reserve all of their rights and remedies with regard to the assignor, the assignee and the assigned assets.

I herewith enclose a Proof of Claim which is herewith submitted on behalf of VF2, Inc. and the Violent Femmes in connection with the referenced proceedings.

I also enclose a Superceding Amended Claim which is herewith submitted on behalf of Gorno Music, which supersedes and replaces the prior claim filed by Gorno Music, which prior claim is hereby withdrawn in its entirety.

Very truly yours,

ROBERT S. MELONI, P.C.

By: [signature]
Robert S. Meloni

Enclosures
cc:   Gordon Gano
      Brian Ritchie

EXHIBIT W

GANO_02475