Oct. 26th 2001

Dear Robert,

I propose that we break the current stalemate by the following means:

Retain the services of a mediator to resolve the outstanding internal issues of the VF2 inc. I am sure that between you, Jamie Kitman, Jeff Light and Jeffrey Jacobson it will be possible to agree on a music industry lawyer who will be fair and reasonable in unraveling the conflict. Gordon and I will both agree to abide by the findings of the mediator.

I agree with you that we can and should turn VF2 into a narrowly defined corporation for dealing with the VF2 recordings. I further agree with your suggestion that a new company should be started for touring and that said company should have an employment agreement between the two partners.

My suggestion for the employment agreement is as follows:

1. Both parties agree to perform 50 shows a year or $1,000,000 gross in tour revenues, whichever comes first. Of course, both parties may agree to do more than 50 shows in a given year, but they are not obliged to. This number represents a compromise between 100 shows a year and $2,000.000 (which has been the norm) and zero. Less than 50 shows a year will not sufficiently get us in front of the current fan base or allow us to develop new fans.

2. Brian and Gordon arrange and pay for their own transportation and lodging.

3. No recording commitment. Recordings will be made only on mutual consent and either under the auspices of VF2 or a new recording entity.

Robert, it is obvious that the previous method of negotiation is yielding no results. I would even say that we are close to the point of no return. If we can agree to proceed according to this plan we will have settled past grievances and also laid a blueprint for future activities. Once we define what the band's business plan is the potential for disagreement will be greatly minimized. Having no defined common goals and no agreement is what's crippling the band.

I look forward to a timely response to this proposal.

Regards,

Brian Ritchie

EXHIBIT X

GANO_02215

## Robert Meloni

**From:** Robert Meloni [robert@robertmeloni.com]
**Sent:** Wednesday, June 28, 2006 10:01 AM
**To:** 'Brian Ritchie'
**Subject:** RE: Gano

Yes.. but in addition to being slammed for weeks, and having to deal with some life and death health issues with family, it's been hard to get through it all. I will try Gordon and get back to you.

-Robert S. Meloni


Robert S. Meloni, P.C.
1350 Avenue of the Americas-Suite 3100
New York, New York  10019
tel:     (212) 957-5577
fax:    (800) 659-3985
mobile: (917) 331-9556



-----Original Message-----
From: Brian Ritchie [mailto:brianritchie@mac.com]
Sent: Wednesday, June 28, 2006 9:58 AM
To: robert@robertmeloni.com
Cc: darrenbrown@mac.com; Varuni Kulasekera
Subject: Gano

Hi Robert,

I sent this to you a few weeks ago and never received a response, so I am sending it again. Did you get it the first time?

Regards,

BR

Hi Robert,

We never followed up on our last conversation. I don't know if you spoke with Gordon since then.

There is an ongoing issue regarding a raise request from Darren Brown. You may recall we discussed this matter a bit. After three months of delay, Gordon finally got back to Darren with a counterproposal. I doubt he ran it by you because it is deficient in many ways. Please call Gordon and ask him to explain the situation to you. I am trying to clear a logjam here because Gordon won't discuss it with me or Darren and he won't direct you to discuss it with us either. You will have to take the initiative here.

This situation is threatening our management situation and needs to be resolved as soon as possible. I have suggestions but I don't want to explain them until you have grasped the situation by discussing it with Gordon. As you know Gordon doesn't like to return calls but I am asking you to be persistent on this.

If you no longer represent Gordon I would appreciate confirmation of that fact.

Regards,

BR

www.brianritchie.com
www.shakuhachiforum.com

GANO_02265

www.vfemmes.com
http://www.myspace.com/tairakubrianritchie

2

GANO_02266

**Robert Meloni**

---

**From:** Brian Ritchie [nemo2000@att.net]
**Sent:** Tuesday, January 07, 2003 2:26 PM
**To:** robert@robertmeloni.com
**Subject:** Fwd: Beyond Records/Left Bank out of business

Robert,

Here is how I found out Beyond is bankrupt.

BR

Begin forwarded message:

> From: Snarklet@aol.com
> Date: Fri Jan 3, 2003  8:56:52 AM US/Pacific
> To: askiena@strictly.com, nemo2000@worldnet.att.net,
> howardc@mrcomart.com, jlight@mafg.com, Ilcommodor@aol.com,
> Mykahn@aol.com
> Cc: alan@strictly.com
> Subject: Beyond Records/Left Bank out of business
>
> From a message board string at www.velvetrope.com:
>
>  Re: Beyond records/Left Bank
> 01/02/03 02:36 PM
>  Edit   Reply
>
> Both Left Bank Records (Beyond Music) and Left Bank Management went
> into
> receivership last weekend.
> Motley Crue Catalog went back to the band.
> ALL employees let go.
> Kovac starting new company with former employees being invited to join.
> Film at 11.
>
> Post Extras:
>
>  Re: Beyond records/Left Bank
> 01/02/03 03:50 PM
>  Edit   Reply
>
> Just received the letter to all creditors.
> Have until June 27 to file claim.
>
>
> Post Extras:
>
>
>  Re: Beyond records/Left Bank

1

> 01/03/03 10:56 AM
> Edit   Reply
>
> From this morning's Billboard Bulletin:
> Kovac Files Lawsuit Against Biz Partner
> Industry veteran Allen Kovac has filed an arbitration lawsuit against
> a business associate involved with him in a record label and
> management company. In the suit, filed Tuesday in L.A. Superior Court,
> Kovac alleges that Jeffrey Sydney, president, COO, CFO, secretary,
> counsel, and part owner
> of Left Bank Records and Left Bank Management, manipulated and
> defrauded him.
> The suit says Sydney used the businesses' governing agreements to
> engage in
> numerous fraudulent activities, including inflating the label's
> profitability
> in an
> unsuccessful sales bid to BMG, voiding a distribution deal with
> Universal
> Music and Video Distribution, and maintaining
> "excessively high" overhead costs.
> The suit says Sydney's actions were also an attempt to "avoid community
> property implications" in a separate divorce action with his wife.
> Kovac, who
> seeks undetermined damages, claims losses of more than $7 million. At
> deadline, attempts to contact Kovac and Sydney were unsuccessful.
> .Erik Gruenwedel, L.A.
>

2