# GANO _ 07692
# (designated as "confidential" by Defendant; copies to be filed pursuant to provisions outlined in the Protective Order or as otherwise ordered by the Court)



# GANO _ 07710
## (designated as "confidential" by Defendant; copies to be filed pursuant to provisions outlined in the Protective Order or as otherwise ordered by the Court)

# GANO _ 07711
# (designated as "confidential" by Defendant; copies to be filed pursuant to provisions outlined in the Protective Order or as otherwise ordered by the Court)

# GANO _ 18301
# (designated as "confidential" by Defendant; copies to be filed pursuant to provisions outlined in the Protective Order or as otherwise ordered by the Court)

**GANO _ 18314
(designated as "confidential" by Defendant;
copies to be filed pursuant to provisions
outlined in the Protective Order or as
otherwise ordered by the Court)**

**GANO _ 18315
(designated as "confidential" by Defendant;
copies to be filed pursuant to provisions
outlined in the Protective Order or as
otherwise ordered by the Court)**