
MEMO ENDORSED

# MELONI & McCAFFREY, P.C.
ATTORNEYS AT LAW
1350 Avenue of the Americas
Suite 3100
New York, N.Y. 10019
Facsimile: (800)659-3985
www.m2law.net

ROBERT S. MELONI
THOMAS P. MCCAFFREY

Writer's Direct Telephone: (212) 957-5577
Writer's Email: R.Meloni@m2law.net

June 27, 2008

**BY FACSIMILE NO. (212) 805-7930**

Honorable James C. Francis
United States Magistrate Judge
United States District Court
500 Pearl Street
Room 1960
New York, New York 10007

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/30/08
```

Re: *Ritchie v. Gano, et al.*, 07 Civ. 7269 (VM)

Dear Judge Francis:

We represent Gordon Gano, who is the defendant in the above referenced action.

As you are aware, Plaintiff has filed a motion pending before you seeking disqualification of Mr. Meloni and this firm as counsel for Mr. Gano. The parties have agreed to the following briefing schedule:

- Defendant's opposition papers to be served on or before July 3, 2008;
- Plaintiff's reply papers to be served on or before July 11, 2008.

In light of the above, the parties have agreed to continue all depositions until the Court has had an opportunity to rule on the disqualification motion.

The parties hereby jointly request that the Court modify its Scheduling Order dated March 13, 2008 ("Order"), to extend the deadline for the completion of all fact discovery, presently set for June 30, 2008, until ~~a minimum of~~ sixty days after the Court has ruled on Plaintiff's motion

[handwritten: JCF]  [handwritten marginal note]

for disqualification, but in no event earlier than September 30, 2008. The parties also request that all other deadlines be adjourned accordingly. This is the first request by either party for an extension of the Court's Order. A copy of the Order is enclosed.

Respectfully submitted,

MELONI & McCAFFREY, P.C.

By: _____
Thomas P. McCaffrey

cc: Daniel Scardino, Esq. (*via* Email)
Emilio Nicolas, Esq. (via Email)
Thomas P. McCaffrey, Esq.

6/30/08
Application granted.
SO ORDERED.
James C. Francis IV
USMJ