USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/14/08

JACKSON WALKER L.L.P.
ATTORNEYS & COUNSELORS

Emilio B. Nicolas
(512) 236-2304 (Direct Dial)
(512) 391-2127 (Direct Fax)
enicolas@jw.com

July 11, 2008

**MEMO ENDORSED**

Via Facsimile: (212) 805-7930

Hon. James C. Francis
United States District Courthouse
500 Pearl Street, Room 1960
New York, New York 10007

    Re:    *Ritchie v. Gano*, No. 07-CIV-7269 (VM), in the United States District Court for the Southern District of New York

Dear Judge Francis:

    We represent the Plaintiff, Brian Ritchie, individually and d/b/a Violent Femmes ("Plaintiff"), in the above-referenced matter.

    The parties have agreed to extend the deadline for Plaintiff's submission of the reply on the pending motion to disqualify opposing counsel from on or before Friday, July 11, 2008 (*see* Doc. #24), to on or before Tuesday, July 15, 2008, and respectfully request the Court's acceptance of the same. Thank you in advance for your consideration.

                        Sincerely,

                        Emilio B. Nicolas

*SO ORDERED.*
*James C. Francis IV*
*USMJ*

cc:    Robert S. Meloni
       Thomas P. McCaffrey
       Meloni & McCaffrey, P.C.
       1350 Avenue of the Americas, Suite 3100
       New York, New York 10019
       R.Meloni@m2law.net;
       T.McCaffrey@M2Law.net

       Lawrence A. Waks [Firm]

       Daniel Scardino [Firm]